IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 00-03837 (JKF) |
| | ) | |
| OWENS CORNING, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Chapter 11 |

**Related to NIBS Docket No. 469**

**NOTICE OF SUPPLEMENT TO EXHIBIT "A" TO ORDER AUTHORIZING
EMPLOYMENT AND RETENTION OF PROFESSIONALS
<u>USED IN ORDINARY COURSE OF BUSINESS</u>**

PLEASE TAKE NOTICE that on November 30, 2000, the Court entered an Order

Authorizing Owens Corning and its affiliated debtors and debtors-in-possession in the above

captioned jointly administered cases (collectively, the "Debtors") to Employ and Retain

Professionals Used in Ordinary Course of Business (the "Order") (Docket No. 469).

PLEASE TAKE FURTHER NOTICE that the Order provides the Debtors with

the right to amend and supplement Exhibit "A" thereto ("Exhibit "A"), which contains a list of

Ordinary Course Professionals (as defined in the Order).

PLEASE TAKE FURTHER NOTICE that, in accordance with the provisions of

the Order, the Debtors hereby submit the supplement attached hereto as Exhibit 1 (the

"Supplement") to Exhibit "A."  By the Supplement, the Debtors seek to retain and employ certain

additional Ordinary Course Professionals, as listed on the Supplement, who were not originally

listed on Exhibit "A."

473192.28

PLEASE TAKE FURTHER NOTICE that if no objection is timely interposed in accordance with the procedures described in the Order, Exhibit "A" will be deemed amended in accordance with the Supplement, *nunc pro tunc* to October 6, 2000.  A copy of the Order (without exhibits) is attached hereto as Exhibit 2.

Dated: February 23, 2005               SAUL EWING LLP


By:    */s/ J. Kate Stickles*
       Norman L. Pernick (No. 2290)
       J. Kate Stickles (No. 2917)
       222 Delaware Avenue, Suite 1200
       Wilmington, DE 19801
       (302) 421-6800

       Attorneys for the Debtors and
       Debtors-in-Possession