**EXHIBIT "1"**

**Additions to Ordinary Course Professionals List**

| Professional | Purpose |
|---|---|
| Smith, Shaw & Maddox LLP<br>100 East 2nd Avenue<br>Rome, GA 30161<br>Contact: Virginia Barrow Harman<br>Phone: 706-291-6223<br>Fax: 706-291-7429 | Tax and Litigation |